**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 25, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00117-CV

**RIVER OAKS PROPERTY OWNERS, INC., Appellant**

**V.**

**MIRADOR BUILDERS, LP AND JENNIFER L. HAMELET, Appellees**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-65755**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed January 6, 2014. On February 14, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.